IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00252-KJN |
| Plaintiff, | ) ORDER TO DISMISS AND VACATE |
| | ) INITIAL APPEARANCE |
| v. | ) |
| RAYCE A. RUFFING, | ) DATE: August 26, 2021 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00252-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on August 26, 2021 is vacated.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE